# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHADEED PHILLIPS<br><br>Defendant. | Hon. Mark Falk<br>Mag. No. 17-3509<br><br>**Consent Order**<br>**Modification of Conditions of Bail** |

This matter having come before the Court on the joint application of William E. Fitzpatrick Acting U.S. Attorney, District of New Jersey (by Jason Gould, Assistant U.S. Attorney), and defendant Shadeed Phillips (by Thomas Ambrosio, Esq.), for an order modifying the conditions of the defendant's bail. The defendant has proposed the following modification of his conditions of bail:

1. Permission for defendant Shadeed Phillips to be able to leave his home from 6:45 a.m. until 11:00 p.m. on a daily basis;
2. Defendant agrees to the conditions of location monitoring as deemed appropriate by U.S. Pretrial Services;

**United States Pretrial Services, (by Vincent Imbrosciano) has consented to the above proposed bail modifications.**

The defendant having consented to these modified conditions of bail; and the United States having no opposition; and for good cause shown,

IT IS THE FINDING OF THIS COURT that the proposed modifications of the defendant's bail are in accordance with the Bail Reform Act of 1984 and if granted the defendant will not pose a danger to the community nor create a serious risk that the defendant will flee, obstruct or attempt to obstruct justice or tamper with prospective witnesses or jurors.

Wherefore on this __1__ day of ~~May~~ June, 2017,

IT IS ORDERED that the defendant's bail be modified as follows:

1. Defendant Shadeed Phillips shall be permitted to leave his home from 6:45 a.m. until 11:00 p.m. on a daily basis;

2. Defendant agrees to the conditions of location monitoring as deemed appropriate by U.S. Pretrial Services

_____
Hon. Mark Falk
United States Magistrate Judge

Consented and agreed to by

_____    _____
Thomas Ambrosio                    Jason Gould
Attorney for Defendant             Assistant United States Attorney